```
LAWRENCE G. BROWN
Acting United States Attorney
DAWRENCE W. RICE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br>VICENTE MENDOZA-CARRAZCO,         )<br>                                  )<br>          Defendant.              )<br>_____) | CASE NO. 1:07-mj-044 DLB<br><br>MOTION TO DISMISS CRIMINAL<br>COMPLAINT AND RECALL OF WARRANT<br>AND ORDER THEREON |

    Comes now the United States, by and through its attorney of record, Lawrence G. Brown, Acting United States Attorney, and Dawrence W. Rice, Assistant United States Attorney, and requests leave of the court to dismiss, without prejudice, the criminal complaint and to recall the warrant as to the above-named defendant in the interest of justice.

DATED: June 26, 2009                    Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                   By   /s/ Dawrence W. Rice
                                        DAWRENCE W. RICE
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: June 29, 2009                       /s/ Gary S. Austin
                                        GARY S. AUSTIN
                                        United States Magistrate Judge

1